UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROBERTO SOLIS,
*on behalf of himself and all others similarly situated,*
         Plaintiff,                   JUDGMENT
     v.                                       25-CV-00308 (HG)

HAIR & CO., BKLYN, LLC,
         Defendant.
----------------------------------------------------------------X

       An Order of the Honorable Hector Gonzalez, United States District Court, having been filed on May 21, 2025, dismissing Plaintiff's claims without prejudice for failure to prosecute pursuant to Rule 41(b); it is

       ORDERED and ADJUDGED that Plaintiff's claims are dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       May 22, 2025                                      Clerk of Court

                                              By:    */s/Christina Frunzi*
                                                       Deputy Clerk